IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

MELINDA LINDGREN,

    Plaintiff,

v.                                  C.A. NO.:4:10-cv-1929

CHRIS SPEARS d/b/a
AGGIELAND BAILBONDS

    Defendant.

## DECLARATION OF MELINDA LINDGREN

My name is Melinda Lindgren and I am over 18 years of age, competent to make this declaration, and making this declaration pursuant to the provisions of 28 U.S.C. § 1746.

1.    I was employed by the Defendant from December 2006 through November 2008 as a bond agent..

2.    As an employee of the Defendant, I customarily and on a regular basis received long distance telephone call from locations outside the state of Texas and made long distance telephone calls to locations outside of the state of Texas.

3.    As an employee of the Defendant, I customarily and on a regular basis sent mail via the United States Postal Service and FedEx to destinations outside the state of Texas and received mail via the United States Postal Service and FedEx from locations outside the state of Texas. Many times the mail I received contained checks or other forms of cash payments..

4.    In addition to preforming work for CHRIS SPEARS d/b/a AGGIELAND BAILBONDS, I also collected rent and preformed other administrative duties for two other businesses, Spears Properties and Cutting Edge Lawn Service, which were owned and operated by Chris Spears

5.    Spears Properties and Cutting Edge Lawn Service both operated out of the same offices as Aggieland Bailbonds. The letterhead for all three businesses had the same address. Telephone calls for all three businesses were received at this same address and many times were handled by me.

I declare under penalty and perjury under the laws of the United States of America that the foregoing is true and correct. Executed on September 13, 2010 in Waller, Texas.

Melinda Lindgren