UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

Melinda Lindgren

v.                                                   Case No.: 4:10–cv–01929
                                                                Judge Lee H Rosenthal

Chris Spears

                                  Defendant

## NOTICE OF RESETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

Lee H Rosenthal

**PLACE:**
Courtroom 11B
United States District Court
515 Rusk Ave
Houston, TX

**DATE:** 10/29/10

**TIME:** 11:00 AM

**TYPE OF PROCEEDING:** Initial Conference

Date:   October 19, 2010

                                                                                      David Bradley, Clerk