IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MELINDA LINDGREN, | § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. H-10-1929 |
| CHRIS SPEARS, d/b/a Aggieland Bailbonds, | § § § | |
| Defendant. | § | |

SCHEDULING AND
DOCKET CONTROL ORDER

The disposition of this case will be controlled by the following schedule:

1. November 30, 2010 **MOTIONS TO ADD NEW PARTIES**
The attorney causing the addition of new parties will provide copies of this Order to new parties.

2. November 30, 2010 **MOTIONS FOR LEAVE TO AMEND PLEADINGS**
Parties filing motions after this deadline must show good cause.

**EXPERTS**

3a. N/A Plaintiff (or the party with the burden of proof on an issue) will designate expert witnesses in writing and provide the report required by Rule 26(a)(2) of the Federal Rules of Civil Procedure.

3b. N/A The opposing party will designate expert witnesses in writing and provide the report required by Rule 26(a)(2) of the Federal Rules of Civil Procedure

4. March 26, 2011 **MEDIATION/ADR**
The parties are to file a joint status report with the court stating whether mediation or other form of ADR would be helpful. If not, the parties are to state the reasons in detail. If so, the parties are to state the form of ADR they think will best suit the case; whether they wish to select a mediator and,

if so, who they have agreed to select; when they want to mediate; and any other information relevant to the entry of a court order on mediation/ADR.

5. March 26, 2011 **COMPLETION OF DISCOVERY**
Written discovery requests are not timely if they are filed so close to this deadline that under the Federal Rules of Civil Procedure the response would not be due until after the deadline.

6. April 23, 2011 **PRETRIAL MOTIONS DEADLINE**
No motion may be filed after this date except for good cause.

7. June 18, 2011 **JOINT PRETRIAL ORDER AND MOTION IN LIMINE DEADLINE**
The Joint Pretrial Order will contain the pretrial disclosures required by Rule 26(a)(3) of the Federal Rules of Civil Procedure. Plaintiff is responsible for timely filing the complete Joint Pretrial Order. Failure to file a Joint Pretrial Order timely may lead to dismissal or other sanction in accordance with applicable rules.

8. June 24, 2011 **DOCKET CALL**
Docket Call will be held at 2:00 p.m. in Courtroom 11-B, United States Courthouse, 515 Rusk, Houston, Texas. No documents filed within seven (7) days of the Docket Call will be considered. All pending motions may be ruled on at docket call, and the case will be set for trial.

Additional orders relating to disclosures, discovery or pretrial motions: Any issues on attorneys' fees will be submitted to the court after liability and damages issues are resolved.

SIGNED on October 29, 2010, at Houston, Texas.

Lee H. Rosenthal
United States District Judge