IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MELINDA LINDGREN, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-10-1929 |
| | § | |
| CHRIS SPEARS, d/b/a Aggieland Bailbonds, | § | |
| | § | |
| Defendant. | § | |

## ORDER

The plaintiff, Melinda Lindgren, has moved for a brief extension of time to file an amended complaint. (Docket Entry No. 15). The defendant has opposed the motion. Given the facts that the extension is only a few days, the consequence of denial is to end the case, and the plaintiff has stated that the extension request is limited to the deadline for filing the amended complaint, the motion is granted.

SIGNED on February 23, 2011, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge

P:\CASES\2010\10-1929\10-1929.order.wpd