IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| MELINDA LINDGREN, § | |
| Plaintiff, § | |
| § | |
| v. § | CIVIL ACTION NO. 4:10cv1929 |
| § | |
| CHRIS SPEARS dba § | |
| AGGIELAND BAILBONDS, § | |
| § | |
| Defendant. § | |

**ORDER**

Counsel for Spears has filed a Motion to Compel and Alternatively Motion for Extension (Docket Entry No. 23). The filing of this motion is inconsistent with this court's procedures, which require the following:

> **Any party wishing to make any discovery motion should arrange for a conference with the court before the preparation and submission of <u>any</u> motion papers. Call, fax, or e-mail Mrs. Eddins at Lisa_Eddins@txs.uscourts.gov at any time to arrange for a premotion conference and notify your adversary of the date and time fixed for the conference, subject to the availability of opposing counsel. The fax number is (713) 250-5213. To the extent that the proposed motion can be disposed of upon oral presentation at the conference, this will be done. If papers are necessary, the issues to be addressed and a schedule for the briefs will be defined in the conference.**

The motion is stricken. A premotion conference is set for **April 29, 2011, at 8:45 a.m.** in courtroom 11-B. Counsel filing the motion must provide notice to the opposing side even if it appears that the court has already done so.

SIGNED on April 21, 2011, at Houston, Texas.

Lee H. Rosenthal
United States District Judge